THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Thompson,       
Appellant.
 
 
 

Appeal From Horry County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2004-UP-107
Submitted December 23, 2003  Filed 
 February 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, and Solicitor John Gregory Hembree, of Conway, for Respondents.
 
 
 

PER CURIAM:  John Thompson 
 was convicted of distribution of heroin, sentenced to eighteen-years imprisonment, 
 and fined $50,000.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Thompsons counsel attached a petition to be relieved as counsel.  Thompson 
 filed a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Fortunes appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTRIDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.